

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,672-01

### EX PARTE PAUL EUGENE SNYDER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 67704 IN THE 27TH DISTRICT COURT FROM BELL COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of online solicitation of a minor and sentenced to four years' imprisonment. He did not appeal his conviction.

Applicant contends that he is actually innocent because he was prosecuted under a law that has been declared unconstitutional. The trial court found that Applicant was convicted under the online solicitation of a minor statute that this Court struck down in *Ex parte Lo*, and recommended granting relief.

The habeas record reflects that Applicant was convicted for soliciting a minor over the internet or a commercial online service to meet for sexual contact or sexual intercourse. This conduct is proscribed by Section 33.021(c) of the Penal Code. The Court's opinion in *Lo* invalidated subsection (b), which forbids a person 17 or older from communicating online or electronically in a sexually explicit manner with a minor, or distributing sexually explicit material to a minor. *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). In the opinion, the Court distinguished the subsection Applicant was prosecuted under, noting that, "the compelling interest of protecting children from sexual predators is well served by the solicitation-of-a-child prohibition in subsection (c). But subsection (b) does not serve that same compelling purpose." *Ex parte Lo*, 424 S.W.3d 10, 30 (Tex. Crim. App. 2013).

Applicant was not convicted under the unconstitutional subsection of the online solicitation of a minor statute. Relief is denied.

Delivered: September 17, 2014
Do not publish